UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>HARBOR BLUE, INC.,<br><br>    Defendant. | Case No.  5:21-cv-06913-EJD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Scott Johnson filed the present action on September 7, 2021. Dkt. No. 1. Pursuant to the Court's order regarding Plaintiff's request for administrative relief, Plaintiff's last day to file a notice of need for mediation was May 24, 2022. Dkt. No. 18. Plaintiff did not file a notice of need for mediation, nor did Plaintiff seek relief from the May 24, 2022 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Plaintiff is directed to file a written response to this order by **June 20, 2022** and to appear before the Court on **June 30, 2022, at 10:00 a.m.** and show cause why this action should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff fails to file a written response by the above deadline, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 25, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-06913-EJD
OSC WHY ACTION SHOULD NOT BE DISMISSED
1